IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20085
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES EDWARD JOHNSON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-95-149-3
- - - - - - - - - -
November 11, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

James Edward Johnson appeals his convictions for conspiracy to commit mail and wire fraud, using a fictitious name in connection with mail fraud, and money laundering and aiding and abetting in the commission of mail fraud. He contends that the Government failed to prove beyond a reasonable doubt that he was a knowing participant in the fraudulent telemarketing scheme. Our review of the record and the arguments and authorities

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

convinces us that no reversible error was committed.  The evidence was sufficient for a reasonable jury to find Johnson guilty beyond a reasonable doubt.  See <u>United States v. Krenning</u>, 93 F.3d 1257, 1265 (5th Cir. 1996).

AFFIRMED.